# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00662-CV

**James R. Colley, Individually as Representative and/or Beneficiary of the Estate of James W. Colley, Deceased, and as Representative and/or Beneficiary of the Estate of Dortha J. Colley, Deceased, Appellant**

**v.**

**Benny J. Williams and Gloria Ann Quiroz, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT NO. D-1-GN-13-004148, HONORABLE GARY HARGER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant James R. Colley, Individually as Representative and/or Beneficiary of the Estate of James W. Colley, Deceased, and as Representative and/or Beneficiary of the Estate of Dortha J. Colley, Deceased, has informed this Court that he no longer wishes to pursue this appeal and has filed a motion to dismiss it. Appellant's counsel states that he has conferred with counsel for appellees Benny J. Williams and Gloria Ann Quiroz, who do not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed:   January 16, 2015